**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**

v.   No. 4:09CV00266 JMM

**$4,720.00 IN U.S. CURRENCY**

## ORDER

Pending is the United States' motion to strike. (Docket # 6). On April 7, 2009, the United States filed a Verified Complaint In Rem seeking forfeiture of $4,720.00 in United States Currency. On April 22, 2009, the United States Marshals Service served a copy of the Complaint and Notice of Forfeiture on Lisa Strong, a person identified by the United States as a putative claimant. On May 1, 2009, Lisa Strong filed a Statement of Interest to Avoid Forfeiture making a claim to the property. The United States seeks to strike that claim pursuant to Supplemental Rule G(8)(c) in that the claim filed was not signed by the claimant under penalty of perjury.

For good cause shown, the government's motion is granted. The claim filed by Lisa Strong on May 1, 2009 is hereby stricken for failure to comply with Supplemental Rule G(5)(a)(i). The Clerk is directed to provide a copy of this Order along with the motion to strike, docket # 6, to Lisa Strong, 1301 E. Kiehl Avenue, Sherwood, AR 72120.

IT IS SO ORDERED this 26th day of May, 2009.

_____
James M. Moody
United States District Judge