**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**

v.                              No. 4:09CV00266 JMM

**$4,720.00 IN U.S. CURRENCY**

**ORDER**

Pending is the United States' motion to strike. (Docket # 11). On April 7, 2009, the United States filed a Verified Complaint In Rem seeking forfeiture of $4,720.00 in United States Currency. On April 22, 2009, the United States Marshals Service served a copy of the Complaint and Notice of Forfeiture on Lisa Strong, a person identified by the United States as a putative claimant. On May 1, 2009, Lisa Strong filed a Statement of Interest to Avoid Forfeiture making a claim to the property. The United States moved to strike that claim pursuant to Supplemental Rule G(8)(c) because the requirements of Rule G(5) were not met. On May 26, 2009, the Court granted the United States' motion to strike. On June 10, 2009, Lisa String filed another Statement of Interest to Avoid Forfeiture, although notarized, the claim was not signed under penalty of perjury. Further, Ms. Strong failed to file an answer to the complaint within twenty (20) days of filing her claim.

For good cause shown, the government's motion is granted. The claim filed by Lisa Strong on June 10, 2009 is hereby stricken for failure to comply with Supplemental Rule G(5). The Clerk is directed to provide a copy of this Order along with the motion to strike, docket # 11, to Lisa Strong, 1301 E. Kiehl Avenue, Sherwood, AR 72120.

IT IS SO ORDERED this 21st day of August, 2009.

_____
James M. Moody
United States District Judge