IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                                                                      4:09CV00266 JMM

$4,720.00 IN U.S. CURRENCY

**DECREE OF FORFEITURE**

On April 7, 2009, a Verified Complaint of Forfeiture against the defendant currency was filed on behalf of the plaintiff, United States of America. The complaint alleges that the currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(A), because it constitutes proceeds, property involved in, or property used or intended to be used to facilitate a controlled substance offense in violation of 21 U.S.C. §§ 801 et seq.

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant for Arrest issued by the Court, the United States Marshal for this district seized said currency on or about April 17, 2009.

Beginning on April 14, 2009, notice of this action was published on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

No valid claims have been filed.

On September 8, 2009, a default judgment was issued.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

(1) That the $4,720.00 is hereby forfeited to the United States of America to be disposed of according to law.

(2) That pursuant to 28 U.S.C. § 2465, reasonable cause existed for the seizure of the defendant currency.

IT IS SO ORDERED this 9th day of September, 2009.

_____
HONORABLE JAMES M. MOODY
U.S. DISTRICT JUDGE